# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
**No. 26-363V**
UNPUBLISHED

| | |
|---|---|
| CONSTANTIA KYROU,<br><br>                    Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                    Respondent. | Chief Special Master Corcoran<br><br><br>Filed: March 10, 2026 |

## ORDER CONCLUDING PROCEEDINGS[1]

On March 5, 2026, Constantia Kyrou filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa—10 through 34.[2] Petitioner alleged that she suffered an adverse reaction to an influenza vaccination that she received on October 23, 2023. ECF No. 1 at 1.

Upon review, it was discovered that Petitioner had filed an earlier case (no. 25-253V[3]) claiming the same adverse reaction from the same October 23, 2023 influenza vaccine. Pursuant to § 300aa—11(b)(2), "only one petition may be filed with respect to each administration of a vaccine." An order instructing Petitioner to show cause why this case should not be dismissed as a duplicate petition was issued on March 6, 2026. ECF No. 6. On March 9, 2026, Petitioner filed a response to the order to show cause acknowledging that this case contained a duplicate claim to Petitioner's earlier case and requesting the court dismiss the current claim. ECF No. 7 at 1.

In light of the above, I interpret Petitioner's response as a "notice of dismissal" pursuant to Vaccine Rule 21(a)(1). **This case is dismissed without prejudice.** Accordingly, **this Order hereby notifies the Clerk of Court that proceedings "on the**

---

[1] Because this Order contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

[3] Judgment was entered in the earlier case on September 25, 2025.

**merits" of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's Office.**


**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master
